UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-22913-CIV-HUCK/SIMONTON
CONSENT CASE

LUIS A. PALMA, et al.,

    Plaintiffs,

v.

SAFE HURRICANE SHUTTERS, INC., et al.,

    Defendants.
_____/

**ORDER ENTERING DEFAULT JUDGMENT AS
TO LIABILITY AGAINST DEFENDANT LEIVA**

This matter is before the Court *sua sponte*.  On April 25, 2008, the undersigned held a status and scheduling conference concerning this Case.  Defendant Leiva did not appear by telephone at the status and scheduling conference.  Also on April 25, 2008. the undersigned entered an Order requiring Defendant Leiva, on or before May 15, 2008, to file a memorandum showing cause why he did not appear by telephone at the April 25, 2008 scheduling conference.  The Order placed Defendant Leiva on notice that failure to comply with the Order and establish cause for his failure to attend might result in the entry of a default judgment against him (DE # 44).  Defendant Leiva has not filed the ordered memorandum with the Court, or, indeed, filed any document with the Court.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that a default judgment as to liability is entered against Defendant Leiva, both for his failure to appear by telephone at the April 25, 2008 scheduling conference, and for his failure to file the ordered memorandum showing cause why he did not appear by telephone at the April 25, 2008 scheduling conference.  However, upon the filing of a motion for final default judgment, Defendant Leiva may still

contest the specific amount of damages.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 31, 2008.

*Andrea M. Simonton*
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
All counsel of record

Defendant Edward Leiva, pro se
12605 NW 76th Street
Parkland, FL 33076